# Exhibit G

# SAVERI & SAVERI, INC.

*111 Pine Street, Suite 1700*
*San Francisco, California 94111*
*Telephone: (415) 217-6810*
*Facsimile: (415) 217-6813*

*SAVERI & SAVERI, INC,* an AV-rated law firm, was established in 1959. The firm engages in Antitrust and Securities litigation, Product Defect cases, and in general civil and trial practice. For more than forty-five years the firm has specialized in complex, multi-district and class action litigation.

***GUIDO SAVERI,*** born San Francisco, California, June 10, 1925; admitted to bar, 1951, California. *Education:* University of San Francisco (B.S., summa cum laude, 1947; LL.B., summa cum laude, 1950). *Member:* Bar Association of San Francisco; State Bar of California; American Bar Association (Member, Antitrust Section); Lawyers Club of San Francisco.

Mr. Saveri is a senior partner in the firm of Saveri & Saveri, Inc. He started the firm in 1959 and associated with Joseph L. Alioto, Esq., San Francisco, California, in the practice of antitrust and other corporate litigation. After law school in 1951 and up until the forming of his firm in 1959 he was associated with the law firm of Pillsbury, Madison & Sutro, San Francisco, California.

He has the highest rating in Martindale Hubbell, namely, "AV".

Mr. Saveri has testified before the Federal Judiciary Committee on antitrust matters and has lectured on antitrust matters before The Association of Trial Lawyers of America, the Federal Practice Institute, and other lawyer associations. Mr. Saveri has also written various periodicals on antitrust topics.

From the time he started his firm in 1959, he has devoted practically all of his time to antitrust and other corporate and complex litigation. He has actively participated in antitrust cases involving the electrical industry, the water meter industry, scrap metal industry, liquid asphalt industry, dairy products industry, typewriter industry, vanadium industry, pipe-fitting industry, grocery business, liquor industry, movie industry, animal-raising business, chemical industry, snack food industry, paper label industry, chrysanthemum industry, drug industry, sugar industry, records industry, industrial gas industry, wheelchair industry, rope industry, copper tubing industry, folding cartons industry, ocean shipping industry, pancreas gland industry, corrugated container industry, glass container industry, fine paper industry, food additives industry, prescription drugs industry, medical x-ray film industry, computer chips and many others.

The following are some of the class action cases in which Mr. Saveri actively participated:

*Nisley v. Union Carbide and Carbon Corp.*, 300 F. 2d 561 (10th Cir. 1960), and *Continental Ore. Co. v. Union Carbide and Carbon Corp.*, 370 U.S. 690 (1962). In 1960, Mr. Saveri was one of the trial attorneys in the above cases which are the forerunners of present class action litigation and are responsible not only for Rule 23 as it exists today but also for some of the more important rulings in the field of antitrust law.

The *Nisley* case was a class action tried before a jury both on liability and damages and resulted in a verdict for the named plaintiffs and the entire class. It is considered one of the leading cases on class actions, is often referred to as a model for the trial of class actions, and has been followed in those antitrust class action cases which have gone to trial.

*Sacramento Municipal Utility District v. Westinghouse Elec. Corp.*, 1962 Trade Cas. ¶ 70,552 (N.D. Cal. 1962). Mr. Saveri was one of the principal attorneys in several cases which have come to be known as the *Electrical Equipment* cases. In 1961-1965, Mr. Saveri represented such clients as the State of Washington, Sacramento Municipal Utility District and Modesto Irrigation District. Mr. Saveri was one of the attorneys who tried several of these cases and did very extensive work under a coordinated program instituted by the Murrah Committee under the direction of the then Chief Justice of the United States. This Committee later became the Judicial Panel for Multi-District Litigation. As a result of his experience in these cases, he participated in drafting proposed legislation creating the Panel on Multi-District Litigation.

*Nurserymen's Exchange v. Yoda Brothers, Inc.*, before Judge George R. Harris in San Francisco. Mr. Saveri was the sole attorney for a class of 10,000 chrysanthemum growers. This case was settled for substantial sums.

*City of San Diego, et al. v. Rockwell Manufacturing Company*, before Judge George H. Boldt of San Francisco. Mr. Saveri was liaison and lead counsel in the above case involving water meters. This case was settled for substantial sums.

*In Re Private Civil Treble Damage Actions Against Certain Snack Food Companies*, Civil No. 70-2121-R, in the United States District Court, Central District of California. Mr. Saveri was the lead attorney for the retail grocers' class comprised of all retail grocers in the States of California, Nevada and Arizona certified by Judge Real involving the snack food. The case was settled for a substantial sum.

*In Re Sugar Antitrust Litigation*, MDL 201, in the United States District Court for the Northern District of California, before Judges Boldt and Cahn. Mr. Saveri was the lead attorney for the retail grocer classes in the Western Sugar litigation. In this litigation, he was a member of the Executive Committee, Steering Committee and Settlement Committee. This case settled for more than $35,000,000.

*Sun Garden Packing Co. v. International Paper Co., et al.*, C-72-52, U.S. District Court in San Francisco. In 1972 Mr. Saveri filed the first price fixing class action against the paper

- 2 -

industry. He was the sole attorney representing all purchasers of lithograph paper labels in the United States. The lithograph paper labels case was settled at a substantial figure. The lithograph paper labels case was responsible for subsequent government indictments in lithograph paper labels, folding cartons, small paper bags and corrugated containers.

*In Re Folding Carton Antitrust Litigation*, MDL 250, Eastern District of Illinois, Judges Will and Robson. Mr. Saveri was a member of the Executive Committee, Vice Chairman of Discovery and a member of the Trial Team in this action involving a horizontal conspiracy to fix prices for folding cartons. The case was settled for more than $200,000,000.

*In Re Coordinated Pretrial Proceedings in Antibiotic Antitrust Actions, 4-72 435, et al*; Judge Lord, United States District Court, District of Minnesota, Fourth Division. Mr. Saveri was the attorney for the institutional class and consumer class for the States of Utah and Hawaii. These actions were settled for substantial sums.

*Building Services and Union Health and Welfare Trust Fund, Plaintiff, v. Charles Pfizer Company, et al.*, No. 4-71 Civ. 435; No. 4-71 Civ. 413, before Judge Lord in Minneapolis, Minnesota. Mr. Saveri was the sole attorney for a class of 9,000 health and welfare trust funds in the United States in this antitrust action against the drug companies. In 1974-1975 this class action went to trial before two juries at the same time and in the same court on liability and damages for the entire class and lasted ten months. It was settled for a substantial sum. Mr. Saveri was the sole attorney representing the plaintiff health and welfare trust fund class at trial.

*In Re Corruagted Container Antitrust Litigation*, MDL 310, Southern District of Texas. Horizontal price fixing action. The case was settled for more than $400,000,000.

*In Re Fine Paper Antitrust Litigation*, MDL 325, Eastern District of Pennsylvania. Mr. Saveri was a member of the Executive Committee and the trial team. The case was settled for approximately $80,000,000.

*In Re Ocean Shipping Antitrust Litigation*, MDL 395, Southern District of New York. Mr. Saveri was a member of the Steering Committee and the Negotiating Committee. The firm understands this case was the first class action settlement involving claims by foreign companies. Mr. Saveri was appointed an officer of the New York Federal District Court to audit foreign claims in Europe. The case was settled for approximately $79,000,000.

*In Re Corn Derivatives Antitrust Litigation*, MDL 414, United States District Court for the District of New Jersey. Mr. Saveri was Chairman of the Steering Committee and Executive Committee.

*In Re Coconut Oil Antitrust Litigation*, MDL 474, Northern District of California. Mr. Saveri was co-lead counsel.

*In Re Itel Securities Litigation*, No. C-79-2168A, Northern District of California, Judge Aguilar. Mr. Saveri was a member of the Steering Committee.

*O'Neill Meat Co. v. Elitilly and Company, et al.*, No. 30 C 5093, United States District Court for the Northern District of Illinois, Judge Holderman. Mr. Saveri was Co-Lead Counsel for the class in this antitrust litigation involving pancreas glands.

*United National Records, Inc. v. MCA, Inc., et al.*, No.82 C 7589, United States District Court for the Northern District of Illinois; Mr. Saveri was a member of the Steering Committee in this records antitrust litigation. The class recovered $26,000,000 in cash and assignable purchase certificates.

*In re Industrial Gas Antitrust Litigation*, 80 C 3479, United States District Court for the Northern District of Illinois. Mr. Saveri was a member of the Steering Committee. The class recovered more than $50,000,000.

*Superior Beverages, Inc. v. Owens-Illinois, et al.*, No. 83-C512, United States District Court for the Northern District of Illinois; Mr. Saveri was a member of the Executive Committee in this antitrust litigation involving the price fixing of glass containers. The class recovered in excess of $70,000,000 in cash and coupons.

*In Re Washington Public Power Supply Securities Litigation*, MDL 551, (W.D. Wash.). Mr. Saveri was one of the court appointed attorneys for the class.

*In Re Ask Computer Systems Securities Litigation*, No. C-85-20207 (A) RPA, United States District Court for the Northern District of California.   Mr. Saveri was Co-Lead Counsel for the class.

*Big D. Building Corp. v. Gordon W. Wattles, et al.*, MDL 652, United States District Court for the Middle District of Pennsylvania. Mr. Saveri was a member of the Steering Committee and Settlement Committee in this price fixing class action involving the rope industry.

*In Re Insurance Antitrust Litigation*, MDL 767, Judge Schwarzer, United States District Court for the Northern District of California.  Mr. Saveri was Administrative Liaison Counsel and a member of the Steering Committee.

*In Re Sun Microsystems Securities Litigation*, No. C-89-20351, RMW, U.S. District Court for the Northern District of California; Mr. Saveri was Co-Lead Counsel.

*In Re Infant Formula Antitrust Litigation*, MDL 878, United States District Court for the Northern District of Florida, Tallahassee Division.  Mr. Saveri was one of the principal attorneys. The case was settled for $125,760,000.

*In Re Carbon Dioxide Industry Antitrust Litigation*, No. 92-940, PHB, United States District Court for the Middle District of Florida, Orlando Division.   Mr. Saveri was a member of the Steering Committee. The class recovered $53,000,000 and achieved significant therapeutic relief for the class.

- 4 -

*In Re Medical X-Ray Film Antitrust Litigation*, CV 93-5904, FB, United States District Court for the Eastern District of New York. Mr. Saveri was a member of the Steering Committee.

*In Re Baby Food Antitrust Litigation*, 92-5495, NHP, in the United States District Court for the District of New Jersey. Mr. Saveri was a member of the Steering Committee.

*In Re Brand Name Prescription Drugs Antitrust Litigation*, 94C 897, MDL 997, CPK, United States District Court, Northern District of Illinois, Eastern Division. Mr. Saveri was Co-Lead Counsel on behalf of approximately 50,000 retail pharmacies nationwide alleging an illegal cartel between 17 drug manufacturers and 6 drug wholesalers in preventing discounts to retail pharmacies. The case was tried for eight weeks. The case was settled for $700,000,000 in cash and $25,000,000 in product. Mr. Saveri was one of four lead trial lawyers.

*In re Citric Acid Antitrust litigation*, MDL 1092, C-95-2963, FMS, United States District Court, Northern District of California. Mr. Saveri was Co-Lead counsel representing a certified class of purchasers of citric acid throughout the United States against the citric acid manufacturers for violations of the Sherman Act for fixing the price of citric acid in the United States and around the world. The case was settled for $86,000,000.

*In Re Methionine Antitrust Litigation*, MDL 1311, CRB, United States District Court, Northern District of California. A nationwide class action on behalf of direct purchasers of methionine alleging price-fixing. Saveri & Saveri, Inc. served as Co-lead counsel in this litigation. The case was settled for $107,000,000.

*In Re Managed Care Litigation*, MDL 1334, Master File No. 00-1334-MD (Judge Moreno) United States District Court, Southern District of Florida. Mr. Saveri serves as a member of the Executive Committee representing the California Medical Association, Texas Medical Association, Georgia Medical Association and other doctors against the nation's HMOs for violations of the Federal RICO Act. The case was partially settled with benefits approximating $1 billion dollars.

*In Re Dynamic Random Access Memory Antitrust Litigation*, MDL 1486 (Judge Hamilton) United States District Court, Northern District of California. Mr. Saveri serves as Co-Lead Counsel on behalf of direct purchasers of dynamic random access memory (DRAM) alleging a nationwide class for price-fixing.

Mr. Saveri also has been and is involved in numerous other major class action litigation in the antitrust and securities fields.

*RICHARD SAVERI,* Partner, 1951-1999.

*R. ALEXANDER SAVERI,* born San Francisco, California, July 22, 1965; admitted to bar, 1994, California and U.S. District Court, Northern District of California; 1995, U.S. Court of Appeals, Ninth Circuit; 2000, U.S. District Court, Southern District of California; 2000, U.S. District Court, Central District of California. *Education:* University of Texas at Austin (B.B.A.

Finance 1990); University of San Francisco (J.D., 1994) University of San Francisco Maritime Law Journal 1993-1994. *Member:* State Bar of California, American Bar Association (Member, Antitrust Section), Association of Trial Lawyers of America, University of San Francisco Inn of Court, National Italian American Bar Association, University of San Francisco Board of Governors (2003 - ).

Mr. Saveri is the managing partner of Saveri & Saveri, Inc. After graduating from law school, he began working for his father and uncle at Saveri & Saveri, P.C. on antitrust and complex litigation. The current practice of Saveri & Saveri, Inc. emphasizes class action antitrust litigation.

Mr. Saveri has served or is serving as court appointed Co-Lead or Liaison Counsel in the following cases:

*In Re Polychloroprene Antitrust Cases*, J.C.C.P. No. 4376, Los Angeles Superior Court (antitrust class action on behalf of all California indirect purchasers of polychloroprene rubber);

*In Re NBR Cases*, J.C.C.P. No. 4369, San Francisco Superior Court (antitrust class action on behalf of all California indirect purchasers of NBR)

*Carpinelli et al. v. Boliden AB et al.,* Master File No. CGC-04-435547, San Francisco Superior Court (antitrust class action on behalf of all California indirect purchasers of copper tubing)

*Competition Collision Center, LLC v. Crompton Corporation et al.*, Case No. CGC-04-431278, San Francisco Superior Court (antitrust class action on behalf of all California indirect purchasers of plastic additives);

*In Re Urethane Cases*, J.C.C.P. No. 4367, San Francisco Superior Court (antitrust class action on behalf of all California indirect purchasers of urethane and urethane chemicals);

*The Harman Press et al. v. International Paper Co. et al.*, (Consolidated Cases) Master File No. CGC-04-432167, San Francisco Superior Court (antitrust class action on behalf of all California indirect purchasers of publication paper);

*In Re Label Stock Cases*, J.C.C.P. No. 4314, San Francisco Superior Court (antitrust class action on behalf of all California indirect purchasers of high pressure label stock)

*Richard Villa et al. v. Crompton Corporation et al.,* Consolidated Case No. CGC-03-419116, San Francisco Superior Court (antitrust class action on behalf of California indirect purchasers of EPDM);

*Russell Reidel et al. v. Norfalco LLC et al.,* Consolidated Case No. CGC-03-418080, San Francisco Superior Court (antitrust class action on behalf of California indirect purchasers of sulfuric acid);

*Smokeless Tobacco Cases I-IV*, J.C.C.P. Nos. 4250, 4258, 4259 and 4262, San Francisco Superior Court (certified antitrust class action on behalf of California consumers of smokeless tobacco products);

*Electrical Carbon Products Cases*, J.C.C.P. No. 4294, San Francisco Superior Court (Private Entity Cases) (antitrust class action on behalf of California indirect purchasers of electrical carbon products);

*The Vaccine Cases*, J.C.C.P. No. 4246, Los Angeles Superior Court (medical monitoring class action on behalf of children exposed to mercury laden vaccines);

*In Re Laminate Cases*, J.C.C.P. No. 4129, Alameda Superior Court (antitrust class action on behalf of California indirect purchasers of high pressure laminate);

*Compact Disk Cases*, J.C.C.P. No. 4123, Los Angeles Superior Court (antitrust class action on behalf of California consumers of prerecorded compact disks);

*Sorbate Prices Cases*, J.C.C.P. No. 4073, San Francisco Superior Court (antitrust class action on behalf of California indirect purchasers of sorbate);

*In re Flat Glass Cases*, J.C.C.P. No. 4033, San Francisco Superior Court (antitrust class action on behalf of California indirect purchasers of flat glass products);

*Vitamin Cases*, J.C.C.P. No. 4076, San Francisco Superior Court (antitrust class action on behalf of California indirect purchasers of vitamins);

*California Indirect Purchaser MSG Antitrust Cases*, Master File No. 304471, San Francisco Superior Court (antitrust class action on behalf of California indirect purchasers of Monosodium Glutamate); and

*GM Car Paint Cases*, J.C.C.P. No. 4070, San Francisco Superior Court (class action on behalf of all California owners of General Motors vehicles suffering from paint delamination).

---

*CADIO ZIRPOLI*, born Washington D.C., September 1, 1967; admitted to bar 1995, California and U.S. District Court, Northern District of California. *Education:* University of California, Berkeley (B.A. 1989); University of San Francisco (J.D., Cum Laude, 1995), U.S.F. Law Review 1992-1993. *Member*: State Bar of California; Assistant District Attorney, City and County of San Francisco 1996-2000.

*GIANNA C. GRUENWALD*, born Santa Ana, California, August 25, 1977, admitted to bar 2003, California, California and U.S. District Court, Northern District of California. *Education*: University of California, Los Angeles (B.A. *Cum Laude,* 1999); Universidad de Complutense Madrid (1997-1998); University of California, Hastings College of the Law (J.D. 2003). *Member*: Legal Extern, Hon. Joyce L. Kennard, California Supreme Court (2003); Law

Clerk, United States Department of Justice, Immigration Court, San Juan, Puerto Rico (2002).

**MATTHEW D. HEAPHY,** born Hartford, Connecticut, December 4, 1974, admitted to bar 2003, California, California and U.S. District Court, Northern District of California. *Education:* Wesleyan University (B.A. 1997); University of San Francisco (J.D., Cum Laude, 2003), U.S.F. Law Review. *Member:* State Bar of California.

**ANDREW T. SHAW,** born Fort Ord, California, January 30, 1974; *Education:* San Francisco State University (B.A. *Cum Laude,* 1996); University of San Francisco (J.D., Cum Laude, 2003), Editor and Chief, U.S.F. Law Review.

**DAVID DORR,** (Paralegal) born Philadelphia, Pennsylvania. *Education:* Arizona State University (B.S. 1987); Thunderbird, The American Graduate School of International Management, (MBA 1998); The Chase Manhattan Bank, N.A. New York, New York, Senior Institutional Trust Administrator, 1990-1995; Charles Schwab Company, San Francisco, Trust Associate, 1996; Independent Corporate Marketing and Personal Finance consultant 1998-2002.

## *OF COUNSEL*

**GEOFFREY C. RUSHING,** born San Jose, California, May 21, 1960; admitted to bar, 1986, California and U.S. District Court, Northern District of California. *Education:* University of California, Berkeley, California (A.B. 1982 with honors); University of California, Berkeley, California, Boalt Hall (J.D. 1986). *Member:* State Bar of California.

**LISA SAVERI,** born San Francisco, California, April 10, 1956; admitted to bar, 1983, California and U.S. District Court, Northern District of California; 1987, U.S. District Court, Eastern District of California; 2002, U.S. Court of Appeals, Ninth Circuit and U.S. District Court, Central District of California. *Education:* Stanford University (A.B., Economics, 1978); University of San Francisco (J.D. 1983), U.S.F. Law Review. *Member:* State Bar of California. Associate, Pillsbury Madison & Sutro, 1983-1992; Legal Extern, Hon. Eugene F. Lynch, Judge, United States District Court, Northern District of California (1982); San Francisco Public Defender's Office (Summer 1989). *Publications:* Saveri & Saveri, Pleading Fraudulent Concealment In An Antitrust Price Fixing Case: Rule 9(b) v. Rule 8, 17 U.S.F.L.Rev. 631 (1983).

**GAYLEN A. O'LEARY,** born Boston Massachusetts, January 9, 1968; admitted to bar 1997, Commonwealth of Massachusetts; *Education:* The Catholic University of America (B.A. 1991); The Catholic University of America, Colombus School of Law (Arthur John Keefe Scholarship, 1996); Legislative Assistant, U.S. House of Representatives, The Hon. Joseph D. Early; Clerk, Department for Professional Employees, AFL-CIO; Associate Kellogg, Huber, Hansen, Todd & Evans, P.L.L.C, 1999-2002. *Member:* State Bar of Massachusetts.

The following are additional class action cases in which the firm of Saveri & Saveri actively participated as class counsel:

*In Re NASDAQ Market-Makers Antitrust Litigation*, MDL 1023, United States District Court, Southern District of New York. A nationwide class action on behalf of purchasers of securities on the NASDAQ market alleging a violation of the Sherman Act for fixing the spread between the quoted buy and sell prices for the securities sold on the NASDAQ market.

*In Re Potash Antitrust Litigation*, MDL 981, United States District Court, District of Minnesota, Third Division. A class action on behalf of all direct purchasers of potash throughout the United States alleging a horizontal price fix.

*In Re Airline Ticket Commission Antitrust Litigation*, MDL 1058, Untied States District Court, District of Minnesota. A class action alleging that the major airlines conspired to fix travel agents' commission rates.

*Pharmaceutical Cases I, II, and III,* Judicial Council Coordination Proceeding Nos. 2969, 2971, and 2972 (San Francisco Superior Court). A certified class action on behalf of all California consumers against the major drug manufacturers for fixing the price of all brand name prescription drugs sold in California.

*Perish et. al. v. Intel Corporation,* Civ. No. 755101 (Santa Clara Superior Court). A nation wide class action on behalf of purchasers of Intel Pentium chips alleging consumer fraud and false advertising.

*In Re Carpet Antitrust Litigation,* MDL 1075, United States District Court, Northern District of Georgia, Rome Division. A nationwide class action on behalf of all direct purchasers of polypropylene carpet alleging a horizontal price fix.

*In Re California Indirect-Purchaser Plasticware Antitrust Litigation*, Civ. Nos. 961814, 963201, 963590 (San Francisco Superior Court). A class action on behalf of indirect purchasers of plasticware alleging price-fixing.

*In Re Worlds of Wonder Securities Litigation;* C-87-5491 SC, Northern District of California.

*Pastorelli Food Products, Inc. v. Pillsbury Co., et al.,* No. 87C 20233, Northern District of Illinois.

*Red Eagle Resources Corp., et al. v. Baker Hughes Incorporated, et al.,* No. 91-627 (NWB) (Drill Bitts Litigation) United States District Court, Southern District of Texas, Houston Division.

*In Re Wirebound Boxes Antitrust Litigation*, MDL 793, District of Minnesota, Fourth Division. A nationwide class action on behalf of purchasers of wirebound boxes alleging a horizontal price fix.

*In Re Bulk Popcorn Antitrust Litigation*, No. 3-89-710, District of Minnesota, Third Division. A nationwide class action on behalf of direct purchasers of bulk popcorn alleging price-fixing.

*Nancy Wolf v. Toyota Sales, U.S.A. and Related Cases*, C 94-1359, MHP, 1997 WL 602445 (N.D. Cal. 1997)United States District Court for the Northern District of California. A nationwide class action on behalf of Toyota car purchasers alleging consumer fraud.

*Mark Notz v. Ticketmaster - Southern, and Related Cases*, No. 943327, San Francisco Superior Court. A consumer class action alleging a territorial allocation in violation of the Cartwright Act.

*Neve Brothers, et al. v. Potash Corporation, et. al.*, No. 959867, San Francisco Superior Court. A class action on behalf of indirect purchasers of potash in California for price-fixing.

*In re Chrysler Corporation Vehicle Paint Litigation*, MDL 1239. Nationwide class action on behalf of owners of delaminating Chrysler vehicles.

*Miller v. General Motors Corporation*, Case No. 98 C 7836 (N.D. Ill. 1998) Nationwide class action alleging a defective paint process which causes automobile paint to peel off when exposed to ordinary sunlight.

## ANTITRUST LITIGATION

The following list outlines some of the Antitrust litigation in which the Saveri firm has been involved:

1. *Union Carbide & Carbon Corp. v. Nisley*, 300 F. 2d 561 (10th Cir. 1960)

2. *Continental Ore. Co. v. Union Carbide and Carbon Corp.*, 370 U.S. 690 (1962)

3. *Public Service C. of N.M. v. General Elec. Co.*, 315 F.2d 306 (10th Cir. 1963)

4. *State of Washington v. General Elec. Co.*, 246 F.Supp. 960 (D.C. Wash. 1965)

5. *Nurserymen's Exchange v. Yoda Brothers, Inc.*

6. *Bel Air Markets v. Foremost Dairies Inc.*, 55 F.R.D. 538 (N.D. Cal. 1972)

7. *In Re Western Liquid Asphalt Case*, 487 F.2d 191 (9th Cir. 1973)

8. *In Re Gypsum Cases*, 386 F.Supp. 959 (N.D. Cal. 1974)

9. *City of San Diego, et al. v. Rockwell Manufacturing Company*

10. *In Re Private Civil Treble Damage Actions Against Certain Snack Food Companies*, Civil No. 70-2121-R

11. *In Re Sugar Antitrust Litigation*, MDL 201, 559 F.2d 481 (9th Cir. 1977)

12. *Sun Garden Packing Co. v. International Paper Co., et al.*, C-72-52,

13. *In Re Folding Carton Antitrust Litigation*, MDL 250

14. *In Re Coordinated Pretrial Proceedings in Antibiotic Antitrust Actions, 4-72 435, et al*

15. *Building Services and Union Health and Welfare Trust Fund, Plaintiff, v. Charles Pfizer Company, et al.*, No. 4-71 Civ. 435; No. 4-71 Civ. 413

16. *In Re Fine Paper Antitrust Litigation*, MDL 325

17. *In Re Armored Car Antitrust Litigation*, CA No. 78-139A, 472 F.Supp. 1357 (N.D. Ga. 1979)

18. *In Re Ocean Shipping Antitrust Litigation*, MDL 395, 500 F.Supp. 1235 (3rd Cir. 1984)

19. *In Re Corn Derivatives Antitrust Litigation*, MDL 414, 500 F.Supp. 1235 (1980)

20. *In Re Coconut Oil Antitrust Litigation*, MDL 474

21. *Garside v. Evwerest & Jennings Intern.*, 586 F.Supp. 389 (D.C. Cal. 1984)

22. *Lorries Travel & Tours, Inc. v. SFO Airporter Inc.*, 753 F.2d 790 (9th Cir. 1985)

23. *O'Neill Meat Co. v. Elitilly and Company, et al.*, No. 30 C 5093

24. *In Re Records and Tapes Antitrust Litigation*, No.82 C 7589, 118 F.R.D. 92 (N.D. Ill 1987)

25. *In re Industrial Gas Antitrust Litigation*, 80 C 3479, 100 F.R.D. 280 (N.D. Ill 1987)

26. *Matter of Superior Beverages/Glass Container Consolidated Pretrial*, No. 83-C512, 137 F.R.D. 119 (N.D. Ill 1990)

27. *Big D. Building Corp. v. Gordon W. Wattles, et al.*, MDL 652

28. *In Re Insurance Antitrust Litigation*, MDL 767

29. *In Re Wirebound Boxes Antitrust Litigation*, MDL 793

- 11 -

30. *In Re Domestic Air Transp. Antitrust Litigation*, MDL 861, 144 F.R.D. 421 (ND Ga 1992)

31. *In Re Infant Formula Antitrust Litigation*, MDL 878

32. *Finnegan v. Campeau Corp.*, 915 F.2d 824 (2nd Cir. 1990)

33. *In Re Carbon Dioxide Industry Antitrust Litigation*, MDL 940, 155 F.R.D. 209

34. *In Re Medical X-Ray Film Antitrust Litigation*, CV 93-5904, FB

35. *In Re Bulk Popcorn Antitrust Litigation*, 792 F.Supp. 650 (D.Minn. 1992)

36. *In Re Baby Food Antitrust Litigation*, 92-5495, NHP

37. *In Re Potash Antitrust Litigation*, MDL 981

38. *In Re Brand Name Prescription Drugs Antitrust Litigation*, MDL 997

39. *In re Citric Acid Antitrust litigation*, MDL 1092, FMS

40. *In Re NASDAQ Market-Makers Antitrust Litigation*, MDL 1023

41. *In Re Airline Ticket Commission Antitrust Litigation*, MDL 1058

42. *Pharmaceutical Cases I, II, and III*, J.C.C.P. Nos. 2969, 2971, and 2972 (San Francisco Superior Court)

43. *In Re Carpet Antitrust Litigation*, MDL 1075

44. *In Re California Indirect-Purchaser Plasticware Antitrust Litigation*, Civ. Nos. 961814, 963201, 963590 (San Francisco Superior Court)

45. *Pastorelli Food Products, Inc. v. Pillsbury Co., et al.*, No. 87C 20233

46. *Red Eagle Resources Corp., et al. v. Baker Hughes Incorporated, et al.*, No. 91-627 (NWB) (Drill Bitts Litigation)

47. *Mark Notz v. Ticketmaster - Southern, and Related Cases*, No. 943327, San Francisco Superior Court.

48. *Neve Brothers, et al. v. Potash Corporation, et. al.*, No. 959867, San Francisco Superior Court

49. *Food Additives (Citric Acid) Cases*, J.C.C.P. No. 3625, Master File No. 974-120.

- 12 -

50.  *Biljac v. Bank of America, et al.*

51.  *Diane Barela, et al v. Ralph's Grocery Company, et al.*, Civil Case No. BC070061 (L.A. Super. Ct.)

52.  *Leslie K. Bruce, et al v. Gerber Products Company, et al.*, Civil Case No 948-857 (S.F. Super Ct.)

53.  *In Re California Indirect Purchaser Medical X-Ray Film Antitrust Litigation*, Master File No. 960886

54.  *Lee Bright v. Kanzaki Specialty Papers, Inc., et al.*, Civil Action No. 963-598 (S.F. Superior CT.)

55.  *Neve Brothers v. Potash Corporation of America, et al.*, Civil Action No. 959-767 (S.F. Super. Ct.)

56.  *Gaehwiler v. Sunrise Carpet Industries Inc., et al.*, Civil Action No. 978345 (S.F. Super. Ct.)

57.  *In Re Commercial Tissue Products Antitrust Litigation*, MDL 1189

58.  *Sanitary Paper Cases I and II*, Judicial Council Coordination Proceedings Nos. 4019 & 4027

59.  *Gaehwiler v. Aladdin Mills, Inc., et al.*, Civil Action No. 300756 ( S.F. Super. Ct.)

60.  *In Re Flat Glass Antitrust Litigation*, MDL 1200

61.  *Flat Glass Cases*, J.C.C.P. No. 4033

62.  *Sorbate Prices Cases*, J.C.C.P. No. 4073

63.  *In Re Stock Options Trading Antitrust Litigation*, MDL 1283

64.  *In Re Vitamin Antitrust Litigation*, MDL 1285

65.  *In Re Sorbates Direct Purchaser Antitrust Litigation*, Master File No. C 98-4886 CAL

66.  *Vitamin Cases*, J.C.C.P. No. 4076

67.  *In Re PRK/Lasik Consumer Litigation*, Master File No. CV 772894 (Santa Clara Sup. Ct.)

68.  *In Re Nine West Shoes Antitrust Litigation*, Master File No. 99-CV-0245 (BDP)

69.  *Food Additives (HFCS) Cases*, J.C.C.P. No. 3261

70.  *In Re Toys "R" Us Antitrust Litigation*, MDL 1211

71.  *Cosmetics Cases*, J.C.C.P. No. 4056

72.  *In Re Methionine Antitrust Litigation*, MDL 1311

73.  *Bromine Cases*, J.C.C.P. No. 4108

74.  *Fu's Garden Restaurant v. Archer-Daniels-Midland, et al.,* Civil Action No. 304471 (S.F. Super. Ct.)

75.  *Thomas & Thomas Rodmakers, Inc., et al. v. Newport Adhesives and Composites, Inc., et al.,* CV 99-07796 GHK

76.  *In Re Monosodium Glutamate Antitrust Litigation*, MDL 1328

77.  *California Indirect Purchaser Auction House Cases*, Master Case No. 310313

78.  *In Re Cigarette Antitrust Litigation*, MDL 1342

79.  *Cigarette Price Fixing Cases*, J.C.C.P. No. 4114

80.  *Microsoft Cases*, J.C.C.P. No. 4106

81.  *Compact Disk Cases*, J.C.C.P. No. 4123

82.  *In Re Compact Disc Minimum Advertised Price Antitrust Litigation*, MDL 1361

83.  *In Re Ciprofloxacin Hydrochloride Antitrust Litigation*, MDL 1383

84.  *In Re Buspirone Antitrust Litigation*, MDL 1413

85.  *In Re K-Durr Prescription Drug Antitrust Litigation*, MDL 1419

86.  *Carbon Cases*, J.C.C.P. Nos. 4212, 4216 and 4222

87.  *In Re Polychloroprene Antitrust Cases*, J.C.C.P. No. 4376

88.  *In Re Urethane Cases*, J.C.C.P. No. 4367

89.  *The Harman Press et al. v. International Paper Co. et al.*, (Consolidated Cases) Master File No. CGC-04-432167

90.  *In Re Label Stock Cases*, J.C.C.P. No. 4314

91.  *Richard Villa et al. v. Crompton Corporation et al.,* Consolidated Case No. CGC-03-419116, San Francisco Superior Court

92.  *Russell Reidel et al. v. Norfalco LLC et al.,* Consolidated Case No. CGC-03-418080, San Francisco Superior Court

93.  *Smokeless Tobacco Cases I-IV,* J.C.C.P. Nos. 4250, 4258, 4259 and 4262, San Francisco Superior Court

94.  *Natural Gas Antitrust Cases,* J.C.C.P. No. 4312

95.  *In Re Western States Wholesale Natural Gas Litigation,* MDL 1566

96.  *In Re Automotive Refinishing Paint Cases,* J.C.C.P. No. 4199

97.  *Young et al. v. Federated Department Stores, Inc.,* Case No. C-04-3514-VRW, United States District Court for the Northern District of California

98.  *In Re Rubber Chemicals Antitrust Litigation,* MDL 1648

99.  *In Re Credit/Debit Card Tying Cases,* J.C.C.P. No. 4335

100.  *In Re NBR Cases,* J.C.C.P. No. 4369

101.  *Competition Collision Center, LLC v. Crompton Corporation et al.,* San Francisco Superior Court, Case No. CGC-04-431278

102.  *In Re Urethane Chemicals Antitrust Litigation,* MDL 1616

103.  *Carpinelli et al. v. Boliden AB et al.,* Master File No. CGC-04-435547, San Francisco Superior Court

104.  *Automobile Antitrust Cases I and II,* J.C.C.P. Nos. 4298 and 4303

105.  *In Re Currency Conversion Fee Antitrust Litigation,* MDL 1409

106.  *In Re Publication Paper Antitrust Litigation,* MDL 1631

107.  *Carbon Black Cases,* J.C.C.P. No. 4323

Inc-Bio6.wpd